UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CIV-62520-BLOOM
MAGISTRATE JUDGE P.A. WHITE

KFLE RUSSOM EMBAKOM,                    :

         Petitioner,                    :
                                                    INITIAL ORDER
v.                                      :        OF INSTRUCTIONS TO
                                                  PRO SE LITIGANT
IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,                    :

         Respondents.                   :
_____

     At the outset of a pro se case, it is essential that the pro se litigant understand certain procedural information.   It is thereupon

     ORDERED AND ADJUDGED as follows:

     1.   No letters can be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning the case.  A pro se litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document ordered by the Court, but shall not file any letters.  This includes cover letters to the Clerk when submitting pleadings.  The Clerk of the Court does not need a cover letter explaining what is enclosed.  Instead, the Clerk dockets pleadings based on their content.

     2.   A pro se litigant and his or her family, friends or acquaintances must not call any Judge's office for any reason.  No information about the case can be obtained from the Judge's office. Brief case status information contained on the docket sheet may be

available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, <u>pro se</u> or otherwise.  If the petitioner desires to know the status of his case, he may file a pleading entitled "Notice of Inquiry."

3.  A <u>pro se</u> litigant must promptly notify the Court in writing of any change of his or her address.  This notice must be provided on a paper labeled "Notice of Change of Address," and must include the case number, the litigant's name, and the new address. A copy must be sent to counsel for the opposing side if counsel has appeared, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

DONE AND ORDERED at Miami, Florida, December 28, 2017.


**s/Patrick A. White**

_____
UNITED STATES MAGISTRATE JUDGE


cc:  Kfle Russom Embakom
     209991749
     Broward Transitional Center
     Inmate Mail/Parcels
     3900 North Powerline Road
     Pompano Beach, FL 33073
     PRO SE

     Noticing 2241/Bivens US Attorney
     Email: <u>usafls-2255@usdoj.gov</u>